UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re Teberio Properties LLC

Case No. 5:18-BK-04214-JJT

Reporting Period: July 1 - July 31, 2019

MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy Of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____

Linda Teberio, Managing Member

_Linda Teberio_                                          Managing Member
_____        Date 9/15/19        _____
Printed Name of Authorized Individual                    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is
a partnership; a manager or member if debtor is a limited liability company.

(04/07)

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtors books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-I). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR- I (CON'T)]

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| | | PAYROLL TAX | OTHER | ACWAL | PROJECTED | ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|
| CASH BEGIN MONTH | 5oo | | | 500 | 500 | 16,676 | 16,676 |
| | | | | | | | |
| **RECEIPTS** | | | | | | | |
| CASH SALES | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | |
| LOANS AND ADVANCES | | | | | | | |
| SALE OF ASSETS | | | | | | | |
| OTHER RENTAL INCOME | 14,000 | | | 14,000 | 14,000 | 138,700 | 138,700 |
| Transfer from 3rd party | 1,012 | | | 1,012 | 1,012 | 25,839 | 25,839 |
| Transfer from DIPS/etc | | | | | | | |
| TOTAL RECEIPTS | 14,000 | | | 14,000 | 14,000 | 164,539 | 164,539 |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | | | | | | | |
| PAYROLL TAXES | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | 1,076 | 1,076 |
| INVENTORY PURCHASES | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | |
| INSURANCE | 3,861 | | | 3,861 | 3,861 | 26,744 | 26,744 |
| ADMINISTRATIVE | 639 | | | 639 | 639 | 5,865 | 5,865 |
| ADS/SELLING | 327 | | | | | | |
| OTHER ATTACH LIS | | | | | | | |
| ALLOCATED LOAN PAYMENTS TO ESSA /NBT BANK | 5,784 | | | 5,784 | 5,784 | 51,426 | 51426 |
| OWNER DRAW * | | | | | | | |
| ERS (TO DIP | | | | | | | |
| UTILITIES | 1,765 | | | 1,765 | 1,765 | 37,512 | 37,512 |
| REPAIRS | 675 | | | 675 | 675 | 10,142 | 10,142 |
| SUPPLIES/AUTO EXPENSE/COSTS | 1,961 | | | 1,961 | 1,961 | 20,984 | 20,984 |
| PROFESSIONAL FEES | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | 1,300 | 1,300 |
| COURT COSTS | | | | | | | |
| TOTAL DISBURSEMENTS | 15,012 | | | 1 5,012 | 15,012 | 155,049 | 155,049 |
| NET CASH FLOW | 0 | | | 0 | 0 | 9,163 | 9,163 |

(04/07)

| RECEIPTS LESS DISBURSEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CASH - END OF MONTH | 500 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

4THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.s. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $15,012 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.s. TRUSTEE QUARTERLY FEES | $15,012 |

FORM    I

(04/07)

In Re Teberio Properties LLC

# BANK RECONCILIATIONS
## Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| BALANCE PER BOOKS (As allocated) | | | | | | | | her |
|---|---|---|---|---|---|---|---|---|
| | Operating | | | Payroll | | Tax | | |

| BANK BALANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In RE Teberio Properties LLC        case No. 5:18-BK-04214-JJT        FORM MOR-1 a

(04/07)

In Re Teberio Properties LLC

## STATEMENT OF OPERATIONS

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | | |
|---|---|---|
| Transfer from 3rd party | 14,000 | 138,700 |
| Net Revenue | 1,012 | 25,839 |
| Auto and Truck Expense/ Supplies | 0 | 164,539 |
| Bad Debts | 1,961 | 20,984 |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Ads/Selling/Management Fees | 3,861 | 26,744 |
| Office Expense/ | 327 | 327 |
| Pension & Profit-Sharing Plans | 639 | 5,865 |
| Repairs and Maintenance | | |
| Rent and Lease Expense | 675 | 10,142 |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes — Other License Fee | | |
| Travel and Entertainment | | 1 076 |
| Utilities | | |
| Other (attach schedule); MORTGAGE LOAN PAYMENT TO ESSA/NBT BANK | 1,765 | 37,512 |
| | 5,784 | 51,426 |
| Total Operating Expenses Before Depreciation | 15,012 | 155,049 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 0 | 9 163 |
| OTHER INCOME AND EXPENSES | | |
| Other Income Transfer from Third Party | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |

(Income Statement)

| Professional Fees | | |
|---|---|---|
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter I I (see continuation sheet) | | 1 300 |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | 7,863 |

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

(04/97)

In Re Teberio Properties LLC

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 2,500 | 0 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 2,500 | 0 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 1,030,000 | 1,1030,000 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 1,030,000 | 1,030,000 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | 1,032,500 | 1,030,000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | 931,586 | 931,586 |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $931,586 | $931,586 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | Uncertain due to allocation of blanket mortgage loan | |
| Priority Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| **TOTAL LIABILITIES** | Uncertain due to allocation of lanket mort a e loan | |
| O          UI | | |
| **NERE** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |

| | | |
|---|---|---|
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | s 100,914 | $98,414 |

BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |

(04/07)

OtherAssets

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT)

(04/07)

In re Teberio Properties LLC

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | N/A | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |

| State and Local | Tax Liability | Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

(04/07)

| | Month | Month |
|---|---|---|
| ASSETS | | |
| Cash (Unrestricted) | 2,500 | 2,500 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | 1,032,500 |
| Liabilities Not Subject to Compromise (Postpetition Liabilities) | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | 931,586 | 931,586 |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | 931.586 | 931.586 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| Equity | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | 100,914 | 100,914 |

(04/07)

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | x | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | N/A | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

FORM MOR-5

EDP00365 8/2012


**NBT BANK**
52 South Broad Street
Norwich, New York 13815

TEBERIO PROPERTIES LLC
60 SHADY TREE DR
MOUNTAIN TOP PA 18707-1555

## At Your Service

| | | |
|---|---|---|
| | Customer Service | 1.800.NBT.BANK (1.800.628.2265) |
| | Website | nbtbank.com |
| | Loan Payment Address | P.O. Box 149 Canajoharie, NY 13317 |
| | Email Address | customerservice@nbtbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE BUSINESS CHECKING | XXXXXXXX8302 | $769.54 |

# FREE BUSINESS CHECKING - XXXXXXXX8302

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2019 | Beginning Balance | $935.38 |
| | 41 - Checks / Debits | $17,556.84 |
| | 13 + Deposits / Credits | $17,391.00 |
| 07/31/2019 | Ending Balance | $769.54 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2019 | ALLY          ALLY PAYMT 628921274529011 TEBERIO PROPERTIES | $887.76  | | $47.62 |
| 07/02/2019 | DEPOSIT | | $1,670.00 | $1,717.62 |
| 07/03/2019 | DEPOSIT | | $3,100.00 | $4,817.62 |
| 07/05/2019 | DEPOSIT | | $546.00 | $5,363.62 |
| 07/05/2019 | InstaMed     GEISINGER LINDA TEBERIO | $1,030.00 | | $4,333.62 |
| 07/05/2019 | InstaMed     GEISINGER LINDA TEBERIO | $975.00 | | $3,358.62 |
| 07/05/2019 | ATT          Payment LINDA TEBERIO | $380.00 | | $2,978.62 |
| 07/05/2019 | EFT PUR PA DRIVER 070319 PA DRIVER & VEHICLE 717-412-5300 PA 006598 | $84.00 | | $2,894.62 |
| 07/08/2019 | DEPOSIT | | $4,455.00 | $7,349.62 |
| 07/08/2019 | DEPOSIT | | $720.00 | $8,069.62 |
| 07/08/2019 | AMERICAN-WATER  UTIL-PMNT | $200.00 | | $7,869.62 |


Member FDIC

# TO RECONCILE YOUR STATEMENT AND CHECKBOOK

1. Add to your checkbook balance any loan advances or other credits appearing on the statement which you have not previously recorded.

2. Deduct from your checkbook balance any bank charges or other debits appearing on the statement which you have not previously recorded.

3. If your checks are serialized, examine the listing on the front of this statement and check off the items against the entries in your checkbook. An asterisk in the listing indicates a gap where one or more checks are not on this particular statement.

   If your checks are not serialized, arrange them by date or number and check them off against the entries in your checkbook.

4. List any checks or debits issued by you and not shown on the statement, and any bank charges since the statement date, in the area provided at the right.

5. **List last balance shown on statement**

   **+ Plus:** Deposits and credits made after date of last entry on statement

   **Subtotal**

   **− Minus:** Total of outstanding checks and debits

   **= Balance:** Which should agree with your checkbook

### Outstanding Checks, ATM, NBT Banker Card or Other Debits

| Number / Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Bank charges since statement closing date | |
| **Total** | |

## PERSONAL OVERDRAFT LINE OF CREDIT, STAR ACCESS LINE OF CREDIT AND HOME EQUITY LINE OF CREDIT COMPUTATION OF FINANCE CHARGES

A daily FINANCE CHARGE will be imposed on all credit advances made under your Credit Line imposed from the date of each credit advance based on the "average daily balance" method. To get the average daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid FINANCE CHARGES. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.

Any FINANCE CHARGE is determined by applying the "Periodic Rate" to the balance described above through the Statement Date. Then we multiply by the number of days in the billing cycle. This is your FINANCE CHARGE calculated by applying the "Periodic Rate." The FINANCE CHARGE will continue to accrue daily until the payment is posted. Any FINANCE CHARGE which accrues after the Statement Date will appear on your next statement.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR OVERDRAFT OR HOME EQUITY LINE OF CREDIT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at NBT Bank Customer Service, P.O. Box 351, Norwich, NY 13815-0351 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, **but doing so will not preserve your rights.** If you choose to telephone us, our toll-free number is 1-800-628-2265 (1-800-NBT-BANK) or 607-337-2265.

In your letter, give us the following information:

1. Your name and account number.

2. The dollar amount of the suspected error.

3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amount that is not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## NOTICE OF ADJUSTMENT TO YOUR STAR ACCESS LINE OF CREDIT AND/OR HOME EQUITY LINE OF CREDIT

This billing statement is also a Notice of Adjustment for your account. Your monthly payment has been adjusted because the outstanding balance, FINANCE CHARGE or both are different this month. These changes depend on whether you received additional loans or credits, or whether you made any principal prepayments since your last statement.

Payment changes may also be due to annual percentage rate adjustments.

If your loan has a variable rate feature, the annual percentage rate and corresponding periodic rate may vary. To identify the precise change in your payment, balance and rate, refer to the amounts indicated on the front of this statement and on last month's statement. If you would like us to send you a copy of last month's statement, contact us at the inquiry address or phone number shown at left.

## ADDITIONAL IMPORTANT INFORMATION

You must make the required total Minimum Payment to avoid delinquency. If you wish, you may make additional payments. YOU MAY AT ANY TIME PAY YOUR TOTAL INDEBTEDNESS.

Payments received Monday through Friday before the close of business at any office of NBT Bank, will be credited as of the day received.

Payments received on a Saturday, Sunday or legal holiday will be credited as of the next business day.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS FOR DEPOSIT ACCOUNTS

Telephone us at 1-800-628-2265 (1-800-NBT-BANK) or 607-337-2265, or write us at NBT Bank Customer Service, P.O. Box 351, Norwich, NY 13815-0351 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error, or why you need more information.

3. Tell us the dollar amount of the error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## PREAUTHORIZED CREDITS

Call the telephone number shown above to determine if any scheduled direct deposits or preauthorized transfers to your account have occurred.

EDP00365 9/2012


**NBT BANK**
52 South Broad Street
Norwich, New York 13815

*July 2019*

Reporting Activity 07/01 - 07/31

Page 3 of 6

## FREE BUSINESS CHECKING - XXXXXXXX8302 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | CP TEBERIO *PROPERTIES | | | |
| 07/08/2019 | AMERICAN-WATER UTIL-PMNT LINDA *TEBERIO | $150.00 | | $7,719.62 |
| 07/08/2019 | AMERICAN-WATER UTIL-PMNT CP TEBERIO PROPERTIES | $100.00 | | $7,619.62 |
| 07/08/2019 | UGI UTILITIES, I UGI TEBERIO PROPERTIES NBT | $1,000.00 | | $6,619.62 |
| 07/08/2019 | EFT PUR LOWES #024 070819 LOWES #02412* EDWARDSVILLE PA 090354 | $259.91 | | $6,359.71 |
| 07/08/2019 | UGI UTILITIES, I UGI TEBERIO PROPERTIES NBT | $35.00 | | $6,324.71 |
| 07/09/2019 | DEPOSIT | | $1,200.00 | $7,524.71 |
| 07/09/2019 | CHARGEBACK ITEM MICHAEL CONNELLY 000000000000144 | $720.00 | | $6,804.71 |
| 07/09/2019 | CHARGEBACK FEE MICHAEL CONNELLY 000000000000144 | $20.00 | | $6,784.71 |
| 07/10/2019 | EFT PUR THE CITIZE 070819 THE CITIZENS VOICE 570-3489183 PA 005642 | $326.50 | | $6,458.21 |
| 07/10/2019 | EFT PUR TURKEY HIL 070919 TURKEY HILL #0259 WILKES BARRE PA 067289 | $50.00 | | $6,408.21 |
| 07/11/2019 | CHECK #126 | $4,345.87 | | $2,062.34 |
| 07/12/2019 | DEPOSIT | | $800.00 | $2,862.34 |
| 07/12/2019 | DELL PREFERRED ONLINE PMT CKF478768552NEG JOHN TEBERIO | $119.00 | | $2,743.34 |
| 07/12/2019 | EFT PUR WALTERS HA 071119 WALTERS HARDWARE 31 WILKES BARRE PA 028814 | $57.00 | | $2,686.34 |
| 07/12/2019 | EFT PUR IN *RESCUE 071119 IN *RESCUE APPLIANC 570-2399268 PA 056805 | $26.00 | | $2,660.34 |
| 07/15/2019 | DEPOSIT | | $500.00 | $3,160.34 |
| 07/15/2019 | CITI CARD ONLINE PAYMENT JOHN TEBERIO | $300.00 | | $2,860.34 |
| 07/15/2019 | EFT PUR LOWES #024 071319 LOWES #02412* EDWARDSVILLE PA 017976 | $111.95 | | $2,748.39 |
| 07/17/2019 | EFT PUR AUTOZONE # 071619 AUTOZONE #1842 WILKES BARRE PA 040891 | $148.39 | | $2,600.00 |
| 07/18/2019 | DEPOSIT | | $800.00 | $3,400.00 |



**NBT BANK**
52 South Broad Street
Norwich, New York 13815

## FREE BUSINESS CHECKING - XXXXXXXX8302 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/18/2019 | DISCOVER     E-PAYMENT<br>TEBERIO LINDA | $65.00  A | | $3,335.00 |
| 07/18/2019 | EFT PUR WYCHOCK'S 071719<br>WYCHOCK'S MT. TOP I<br>MOUNTAIN TOP PA 080007 | $107.53 | | $3,227.47 |
| 07/18/2019 | EFT PUR TURKEY HIL 071719<br>TURKEY HILL #0270<br>MOUNTAIN TOP PA 070984 | $50.00  A | | $3,177.47 |
| 07/19/2019 | CAPITAL ONE     CRCARDPMT<br>919930180015785<br>TEBERIOJOHN | $25.00  A | | $3,152.47 |
| 07/22/2019 | NWEDI-933914193 EDI PYMNTS<br>Teberio Propert | $1,496.45  I | | $1,656.02 |
| 07/22/2019 | AMERICAN-WATER   UTIL-PMNT<br>LINDA *TEBERIO | $150.00  U | | $1,506.02 |
| 07/22/2019 | AMERICAN-WATER   UTIL-PMNT<br>CP TEBERIO *PROPERTIES | $130.00  J | | $1,376.02 |
| 07/22/2019 | HOME DEPOT     AUTO PYMT<br>LINDA A TEBERIO | $79.00  R | | $1,297.02 |
| 07/22/2019 | AMERICAN-WATER   UTIL-PMNT<br>LINDA *TEBERIO | $75.00  U | | $1,222.02 |
| 07/22/2019 | EFT PUR GEICO *AU 072019<br>GEICO *AUTO<br>800-841-3000 DC 066752 | $359.42  I | | $862.60 |
| 07/22/2019 | CAPITAL ONE     CRCARDPMT<br>920030180012709<br>TEBERIOJOHN | $200.00  A | | $662.60 |
| 07/24/2019 | DEPOSIT | | $850.00 | $1,512.60 |
| 07/25/2019 | DEPOSIT | | $1,200.00 | $2,712.60 |
| 07/26/2019 | WEB XFER TO DDA 007009378299 | $820.00 | | $1,892.60 |
| 07/29/2019 | DEPOSIT | | $850.00 | $2,742.60 |
| 07/29/2019 | BEST BUY     AUTO PYMT<br>JOHN TEBERIO | $77.00  R | | $2,665.60 |
| 07/29/2019 | EFT PUR WYCHOCK'S 072619<br>WYCHOCK'S MT. TOP I<br>MOUNTAIN TOP PA 060038 | $149.62 | | $2,515.98 |
| 07/29/2019 | EFT PUR TURKEY HIL 072619<br>TURKEY HILL #0270<br>MOUNTAIN TOP PA 010927 | $50.00  A | | $2,465.98 |
| 07/30/2019 | CHECK #127 | $891.21  LP | | $1,574.77 |
| 07/30/2019 | CHECK #128 | $545.82  LP | | $1,028.95 |
| 07/31/2019 | DEPOSIT | | $700.00 | $1,728.95 |
| 07/31/2019 | ALLY       ALLY PAYMT<br>628921274529001I<br>TEBERIO PROPERTIES | $887.76  LP | | $841.19 |
| 07/31/2019 | EFT PUR TURKEY HIL 073019 | $71.65  N | | $769.54 |


## FREE BUSINESS CHECKING - XXXXXXXX8302 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | TURKEY HILL #0270 | | | |
| | MOUNTAIN TOP PA 013603 | | | |

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 126 | 07/11/2019 | $4,345.87 | 127 | 07/30/2019 | $891.21 | 128 | 07/30/2019 | $545.82 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/30/2019 | $935.38 | 07/10/2019 | $6,408.21 | 07/22/2019 | $662.60 |
| 07/01/2019 | $47.62 | 07/11/2019 | $2,062.34 | 07/24/2019 | $1,512.60 |
| 07/02/2019 | $1,717.62 | 07/12/2019 | $2,660.34 | 07/25/2019 | $2,712.60 |
| 07/03/2019 | $4,817.62 | 07/15/2019 | $2,748.39 | 07/26/2019 | $1,892.60 |
| 07/05/2019 | $2,894.62 | 07/17/2019 | $2,600.00 | 07/29/2019 | $2,465.98 |
| 07/08/2019 | $6,324.71 | 07/18/2019 | $3,177.47 | 07/30/2019 | $1,028.95 |
| 07/09/2019 | $6,784.71 | 07/19/2019 | $3,152.47 | 07/31/2019 | $769.54 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



52 South Broad Street
Norwich, New York 13815

THIS PAGE LEFT INTENTIONALLY BLANK